IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GOLDEN and BEAK & BUMPER, LLC, | ) ) ) |
| Plaintiffs, | ) Case No. 1:16-cv-2440 ) |
| vs. | ) District Court Judge: Honorable Andrea R. ) Wood ) |
| JANG H. LIM, Doing business as Dental USA, Inc., | ) Magistrate Judge: Honorable Maria Valdez ) ) |
| Defendant. | ) |

### STATUS REPORT

Judgement Creditors Richard Golden and Beak & Bumper, LLC (the "Plaintiffs"), by their attorneys, provide the following Status Report to the Court in the above matter:

1. On February 19, 2016, Plaintiffs filed with this Court a petition to register a foreign judgment in favor of Plaintiffs and against Defendant. The foreign judgment sought to be registered was entered on February 10, 2016 in the United States District Court for the Eastern District of Michigan in Case No. 2:15-cv-10795 (the "Eastern District of Michigan Lawsuit"). (See Docket Report in instant matter, attached as **Exhibit A**, Docket No. 1).

2. On March 4, 2016, Plaintiffs filed a Motion for Execution of Memoranda of Judgment (the "Motion") in this Court and noticed the Motion for presentment on March 10, 2016 at 9:00 a.m. (See **Exhibit A**, Docket Nos. 5, 6).

3. On March 9, 2016, this Court entered a Minute Entry in this matter, entering and continuing Plaintiffs' prior-filed Motion to March 24, 2016 at 9:00 a.m. and striking the previously-set motion presentment date of March 10, 2016 (see **Exhibit A**, Docket No. 8). In addition, the Court ordered Plaintiffs to supplement their Motion prior to March 24, 2016 but no sooner than March 14, 2016 with a certification by the clerk of the court for the Eastern District

of Michigan that no appeal had been filed by Defendant as of a date no earlier than March 14, 2016. (See Minute Entry). The Minute Entry referenced 28. U.S.C. § 1963, which provides that a judgment from another federal court may be registered by filing a copy in any judicial district "when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown." See Minute Entry; see also 28 U.S.C. § 1963.

4. Also on March 9, 2016, Defendant filed a notice of appeal in the District Court for the Eastern District of Michigan. (See Notice of Appeal in the Eastern District of Michigan Lawsuit, attached as **Exhibit B**). However, Defendant did not post a bond. (See Docket Report in Eastern District of Michigan Lawsuit, attached as **Exhibit C**).

5. Plaintiffs, through their counsel, are in the process of preparing and filing a Motion for Order for Registration of Judgment for Good Cause Shown with the District Court for the Eastern District of Michigan, for the reason that Defendant failed to post a bond on appeal. Plaintiffs' counsel expects to file the Motion within 7 days of this Status Report.

6. Given that Defendant filed a Notice of Appeal on March 9, 2016, Plaintiffs will not be able to supplement their Motion for Execution of Memorandum of Judgment prior to March 24, 2016 with a certification by the clerk of the court for the Eastern District of Michigan that no appeal has been filed by Defendant.

                                        Respectfully submitted,

                                        **RICHARD GOLDEN AND**
                                        **BEAK & BUMPER, LLC**

                                        By: _/s/ Autumn L. Sharp_

Kurt M. Carlson (ARDC #6236568)
Autumn L. Sharp (ARDC #6288591)
**CARLSON DASH, LLC**

216 S. Jefferson Street, Suite 504
Chicago, IL 60661
Phone:  312-382-1600
kcarlson@carlsondash.com
asharp@carlsondash.com