# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **RICHARD GOLDEN and** ) | |
| **BEAK & BUMPER, LLC,** ) | |
| ) | **Case No. 1:16-cv-2440** |
| **Judgment Creditors,** ) | |
| ) | **District Judge: Honorable Andrea R. Wood** |
| vs. ) | |
| ) | **Magistrate Judge: Honorable Maria Valdez** |
| **JANG H. LIM, Doing business** ) | |
| **as Dental USA, Inc.,** ) | |
| ) | |
| **Judgment Debtor.** ) | |

**CERTIFICATION BY THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Golden | ) | |
| | ) | |
| | ) | Civil Action No. 2:15-cv-10795 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Honorable Laurie J. Michelson |
| | ) | |
| Jang H. Lim, et al | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 2/10/2016 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

*DAVID J. WEAVER, CLERK OF COURT*

Date: May 4, 2016

s/D. Allen
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD GOLDEN and<br>BEAK & BUMPER, LLC<br><br>Petitioners,<br><br>v.<br><br>JANG H. LIM d/b/a DENTAL USA, INC.<br><br>Respondent. | Case No. 2:15-cv-10795<br>Honorable Laurie J. Michelson<br>Magistrate Judge Mona K. Majzoub |

## JUDGMENT

In accordance with the Court's Opinion and Order dated February 10, 2016 the Court hereby GRANTS Petitioner' Omnibus Petition to Confirm and CONFIRMS the Arbitrator's May 8, 2015 Final Award.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: February 10, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 10, 2016.

s/Jane Johnson
Case Manager to
Honorable Laurie J. Michelson