# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD GOLDEN and ) | |
| BEAK & BUMPER, LLC, ) | |
| ) | **Case No. 1:16-cv-2440** |
| Judgment Creditors, ) | |
| ) | **District Judge: Honorable Andrea R. Wood** |
| vs. ) | |
| ) | **Magistrate Judge: Honorable Maria Valdez** |
| JANG H. LIM, Doing business ) | |
| as Dental USA, Inc., ) | |
| ) | |
| Judgment Debtor. ) | |

## NOTICE OF FILING

TO:  See attached certificate of service

**PLEASE TAKE NOTICE** that May 4, 2016, the undersigned caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, the *U.S. District Court for the Eastern District of Michigan Clerk's Certification of a Judgment to be Registered in Another District*, a copy of which is attached hereto and hereby served upon you.

                                        **RICHARD GOLDEN AND**
                                        **BEAK & BUMPER, LLC**

                                      By:  */s/ Autumn L. Sharp*
                                                One of their Attorneys

Kurt M. Carlson ARDC #6236568
Autumn L. Sharp ARDC #6288591
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, IL 60661
Telephone:  312-382-1600
Email: kcarlson@carlsondash.com
Email: asharp@carlsondash.com

## CERTIFICATE OF SERVICE

I, Autumn L. Sharp, hereby certify that on May 4, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF electronic notification system.

I further certify that parties listed below are not CM/ECF participants. On May 4, 2016, I caused the foregoing document to be served upon those non-CM/ECF participants by U.S. Mail, with proper postage prepaid, addressed as follows:

| | |
|---|---|
| Jang H. Lim | Byung H. Whang |
| d/b/a Dental USA, Inc. | B.H. Whang & Associates |
| 5005 McCollum Lake Road | 1111 Plaza Drive, Suite 755 |
| McHenry, IL 60050 | Schaumburg, IL 60173 |

/s/ *Autumn L. Sharp*