

FILED
MAY 26 2016 EW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RICHARD GOLDEN and BEAK & BUMPER, LLC,
    Judgment Creditors,
vs.
JANG H. LIM doing business as Dental USA, Inc.,
    Judgment Debtor.

Case No. 16-cv-2440

Return Date: June 7, 2016

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_Fifth Third Bank_____, (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the Judgment Debtor.

Select one or more of the following and indicate the amounts below:

|  | Account Balance | Amount Withheld |
|---|---|---|
| ☐ NO ACCOUNTS | | |
| ☐ Savings Account | $ | $ |
| ☐ Checking and/or Now Account | $ No Open Account(s) | $ No Open Account(s) |
| ☐ Certificate of Deposit | $ | $ |
| ☐ Money Market Account | $ | $ |
| ☐ Trust Account | $ | $ |
| ☐ Safety Deposit Box | $ | $ |

Adverse Claimant: Name __N/A__    Address: _____

Wages, Salary or Commissions __N/A_____

Other Personal Property (Describe) __N/A_____

Attach a sheet for any additional information required by the Citation

SUB-TOTAL: __No Open Account(s)__

Less right of offset for other loans _____

Less Deduction for fees limited by 205 ILCS 5/48.1 _____

TOTAL: __No Open Account(s)__

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

Agent Name __Angela Perazzo, Garnishment Specialist__
Business Name __Fifth Third Bank__
Address __5050 Kingsley Dr__
City, State, Zip __Cinci OH 45263__
Fax __PH: 513-358-9355__ __Fax: 513-358-1279__

NOTE: A copy of this Answer should be mailed to the Clerk of the U.S. District Court, Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, IL, and the Attorney for Plaintiff or Judgment Creditor, and to the Judgment Debtor.