FILED

JUN 0 1 2016 TM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RICHARD GOLDEN and BEAK & BUMPER, LLC,
Judgment Creditors,

vs.

JANG H. LIM doing business as Dental USA, Inc.,
Judgment Debtor.

Case No. 16-cv-2440

Return Date: June 16, 2016

## CITATION TO DISCOVER ASSETS TO A THIRD PARTY

TO: PayPal Holdings, Inc. - 2211 North First Street, San Jose, CA 95131

**YOU ARE COMMANDED** to appear before the Honorable Andrea R. Wood in Courtroom 1925 of the Everett McKinley Dirksen U.S. Courthouse located at 219 S. Dearborn Street, Chicago, IL, on June 16, 2016 at 9:00 A.M. to be examined under oath concerning the property or income of, or indebtedness due JANG H. LIM doing business as Dental USA, Inc. ("Judgement Debtor").

Judgment was entered on February 10, 2016 in favor of Richard Golden and Beak & Bumper, LLC ("Judgement Creditors") and against Judgment Debtor in the United States District Court for the Eastern District of Michigan in the sum of $1,264,745.59, of which $1,264,745.59, plus statutory interest pursuant to 28 U.S.C. §1961(a), (the "Judgment Balance") remains outstanding. Said judgment was registered with this Court on May 10, 2016 pursuant to 28 U.S.C. §1963. Further sums may become due as costs and interest accrue.

Your answer will inform the Court as to property you may hold belonging to the Judgment Debtor.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the balance due.

You may be requested to produce documents and/or records containing information concerning the property or income of the Judgment Debtor.

**WARNING:** YOUR FAILURE TO COMPLY WITH THE CITATION PROCEEDING MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE UNSATISFIED AMOUNT OF THIS JUDGMENT. 735 ILCS 5/2-1402(f)(1).

**WARNING:** YOUR FAILURE TO APPEAR IN COURT OR FILE YOUR ANSWER AS DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

## CERTIFICATE OF ATTORNEY FOR JUDGMENT CREDITOR

Judgment Amount: $1,264,745.59

Balance Due: $1,264,745.59, plus statutory interest

Date of Judgment: February 10, 2016

Case No.: 2:15-cv-10795

Name of Court Entering Judgment: United States District Court for the Eastern District of Michigan

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that the above information regarding the amount of judgment, the date of judgment, or its revival date, the balance due thereon, the name of the Court and the number of the case is true and correct.

_____
Attorney for Judgment Creditor

Kurt M. Carlson ARDC #6236568
Autumn L. Sharp ARDC #6288591
CARLSON DASH, LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Telephone: (312) 382-1600

WITNESS _____, 2016

_____
Clerk of the District Court

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RICHARD GOLDEN and BEAK & BUMPER, LLC,

    Judgment Creditors,

vs.

JANG H. LIM doing business as Dental USA, Inc.,

    Judgment Debtor.

Case No. 16-cv-2440

Return Date: <u>June 16, 2016</u>

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____, (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the Judgment Debtor.

Select one or more of the following and indicate the amounts below:

|  | Account Balance | Amount Withheld |
|---|---|---|
| ☐ NO ACCOUNTS | | |
| ☐ Savings Account | $_____ | $_____ |
| ☐ Checking and/or Now Account | $_____ | $_____ |
| ☐ Certificate of Deposit | $_____ | $_____ |
| ☐ Money Market Account | $_____ | $_____ |
| ☐ Trust Account | $_____ | $_____ |
| ☐ Safety Deposit Box | $_____ | $_____ |

Adverse Claimant: Name_____ Address:_____

Wages, Salary or Commissions _____

Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

SUB-TOTAL:_____

Less right of offset for other loans _____

Less Deduction for fees limited
by 205 ILCS 5/48.1 _____

TOTAL: _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

Agent Name _____
Business Name _____
Address _____
City, State, Zip _____
Fax _____

NOTE: A copy of this Answer should be mailed to the Clerk of the U.S. District Court, Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, IL, and the Attorney for Plaintiff or Judgment Creditor, and to the Judgment Debtor.