IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD GOLDEN and BEAK & BUMPER, LLC,<br><br>               Judgment Creditors,<br>vs.<br>JANG H. LIM doing business as Dental USA, Inc.,<br>               Judgment Debtor. | Case No. 16-cv-2440<br><br>Return Date: June 7, 2016 |

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

FirstMerit Bank, N.A. , (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the Judgment Debtor.

Select one or more of the following and indicate the amounts below:

| | Account Balance | Amount Withheld |
|---|---|---|
| ☑ NO ACCOUNTS | | |
| ☐ Savings Account | $ | $ |
| ☐ Checking and/or Now Account | $ | $ |
| ☐ Certificate of Deposit | $ | $ |
| ☐ Money Market Account | $ | $ |
| ☐ Trust Account | $ | $ |
| ☐ Safety Deposit Box | $ | $ |

Adverse Claimant: Name _____ Address: _____

Wages, Salary or Commissions _____

Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

SUB-TOTAL: _____

Less right of offset for other loans _____

Less Deduction for fees limited
by 205 ILCS 5/48.1 _____

TOTAL: _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_Lori Lanza_
Agent for Citation Respondent

Agent Name Lori Lanza
Business Name FirstMerit Bank, N.A.
Address III Cascade Plaza, 4th Floor
City, State, Zip Akron, OH 44308
Fax (330) 384-7133

NOTE: A copy of this Answer should be mailed to the Clerk of the U.S. District Court, Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, IL, and the Attorney for Plaintiff or Judgment Creditor, and to the Judgment Debtor.