

IN THE IL - US DISTRICT COURT JUDICIAL CIRCUIT
COUNTY, ILLINOIS

Case No: 16CV2440
Hearing Date:

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor. JANG H LIM

Check one or more of the following and indicate the amount held:

If funds not held, provide reasons: Accounts Closed
Memo:

A) Savings Account _____

| Account Number | Amount Held |
|---|---|
| ~~7519~~ | ~~$1,000.00~~ 0 |

B) Checking and/or Now Account _____

| Account Number | Amount Held |
|---|---|
| ~~0250~~ | ~~$44,135.49~~ 0 |
| ~~5872~~ | ~~$3,066.68~~ 0 |
| ~~1550~~ | ~~$1,000.00~~ 0 |
| ~~3061~~ | ~~$3,954.99~~ 0 |
| ~~5595~~ | ~~$21,059.57~~ 0 |
| ~~9650~~ | $500.00 0 |

C) Certificate of Deposit _____

D) Money Market Account (Amount held) _____

E) Trust Account (Amount held) _____

F) Safety Deposit Box _____

G) No Accounts _____

**FILED**
**JUN 09 2016**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

H) Adverse Claimant:   Name   Address
                       None   None

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation.

Sub-Total:  $0.00
Less right of offset for other loans $0.00

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant
COAL-18May16-3449                                                                 Page 1 of 2
SD_SwornDocumentExecution_000058500147

Less deduction for fees limited by
205 ILCS 5/48.1  $0.00

Total: $0.00



These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

*Karina Garcia*

Agent for Citation Respondent

5/27/16

Date

Doc Review Sr Specialist II

Respondent/ Agent
Business Name: JPMorgan Chase Bank N.A.
Address: P.O. Box 183164 Columbus, OH 43218-3164
Phone: 1-866-578-7022
Fax: 1-866-699-0618

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant
COAL-18May16-3449
SD_SwornDocumentExecution_000058500147

IN THE IL - US DISTRICT COURT JUDICIAL CIRCUIT
**COUNTY, ILLINOIS**

Case No: 16CV2440
Hearing Date:

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor. DENTAL USA INC

Check one or more of the following and indicate the amount held:

If funds not held, provide reasons:
Memo:

A) Savings Account _____

| Account Number | Amount Held |
|---|---|
| 7519 | $1,000.00 |

B) Checking and/or Now Account _____

| Account Number | Amount Held |
|---|---|
| 0250 | $44,135.49 |
| 5872 | $3,066.68 |
| 1550 | $1,000.00 |
| 3061 | $3,954.99 |
| 5595 | $21,059.57 |
| 9650 | $500.00 |

C) Certificate of Deposit _____

D) Money Market Account (Amount held) _____

E) Trust Account (Amount held) _____

F) Safety Deposit Box _____

G) No Accounts _____

H) Adverse Claimant:   Name      Address
                       None      None

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation.

Sub-Total: $0.00

Less right of offset for other loans $0.00

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant

COAL-18May16-3449
SD_SwornDocumentExecution_000058460158

Page 1 of 2

Less deduction for fees limited by
205 ILCS 5/48.1 $0.00



Total: $0.00

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

*Karina Garcia*

Agent for Citation Respondent

5/27/16

Date

Doc Review Sr Specialist II

Respondent/ Agent
Business Name: JPMorgan Chase Bank N.A.
Address: P.O. Box 183164 Columbus, OH 43218-3164
Phone: 1-866-578-7022
Fax: 1-866-699-0618

RECEIVED

MAY 17 2016

CHICAGO LAW DEPARTMENT
OPERATOR 19



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RICHARD GOLDEN and BEAK & BUMPER, LLC,
Judgment Creditors,

vs.

JANG H. LIM doing business as Dental USA, Inc.,
Judgment Debtor

Case No. 16-cv-2440

Return Date: June 7, 2016

Sent to: Court Orders and Levies
Mail Code: OH1-1283

### CITATION TO DISCOVER ASSETS TO A THIRD PARTY

TO: Chase Bank – 10 S. Dearborn Street, Chicago, IL 60603

**YOU ARE COMMANDED** to appear before the Honorable Andrea R. Wood in Courtroom 1925 of the Everett McKinley Dirksen U.S. Courthouse located at 219 S. Dearborn Street, Chicago, IL, on June 7, 2016 at 9:00 A.M. to be examined under oath concerning the property or income of, or indebtedness due JANG H. LIM doing business as Dental USA, Inc. ("Judgement Debtor").

Judgment was entered on February 10, 2016 in favor of Richard Golden and Beak & Bumper, LLC ("Judgement Creditors") and against Judgment Debtor in the United States District Court for the Eastern District of Michigan in the sum of $1,264,745.59, of which $1,264,745.59, plus statutory interest pursuant to 28 U.S.C. §1961(a), (the "Judgment Balance") remains outstanding. Said judgment was registered with this Court on May 10, 2016 pursuant to 28 U.S.C §1963. Further sums may become due as costs and interest accrue.

Your answer will inform the Court as to property you may hold belonging to the Judgment Debtor

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the balance due.

You may be requested to produce documents and/or records containing information concerning the property or income of the Judgment Debtor

**WARNING** YOUR FAILURE TO COMPLY WITH THE CITATION PROCEEDING MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE UNSATISFIED AMOUNT OF THIS JUDGMENT 735 ILCS 5/2-1402(f)(1).

**WARNING**: YOUR FAILURE TO APPEAR IN COURT OR FILE YOUR ANSWER AS DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL

### CERTIFICATE OF ATTORNEY FOR JUDGMENT CREDITOR

Judgment Amount: $1,264,745.59  
Date of Judgment: February 10, 2016  
Balance Due: $1,264,745.59, plus statutory interest  
Case No. 2.15-cv-10795  
Name of Court Entering Judgment: United States District Court for the Eastern District of Michigan

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that the above information regarding the amount of judgment, the date of judgment, or its revival date, the balance due thereon, the name of the Court and the number of the case is true and correct.

_____
Attorney for Judgment Creditor

Kurt M. Carlson ARDC #6236568
Autumn L Sharp ARDC #6288591
CARLSON DASH, LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Telephone: (312) 382-1600

WITNESS _____, 2016

**THOMAS G. BRUTON**

_____
Clerk of the District Court

Deputy Clerk
MAY 13 2016
Date

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RICHARD GOLDEN and BEAK & BUMPER, LLC,
    Judgment Creditors,
vs.
JANG H. LIM doing business as Dental USA, Inc.,
    Judgment Debtor

Case No. 16-cv-2440

Return Date June 7, 2016

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____, (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the Judgment Debtor

Select one or more of the following and indicate the amounts below:

| | Account Balance | Amount Withheld |
|---|---|---|
| ☐ NO ACCOUNTS | | |
| ☐ Savings Account | $_____ | $_____ |
| ☐ Checking and/or Now Account | $_____ | $_____ |
| ☐ Certificate of Deposit | $_____ | $_____ |
| ☐ Money Market Account | $_____ | $_____ |
| ☐ Trust Account | $_____ | $_____ |
| ☐ Safety Deposit Box | $_____ | $_____ |

Adverse Claimant: Name_____ Address:_____

Wages, Salary or Commissions _____

Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation.

SUB-TOTAL._____

Less right of offset for other loans _____

Less Deduction for fees limited
by 205 ILCS 5/48.1 _____

TOTAL. _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

Agent Name _____
Business Name _____
Address _____
City, State, Zip _____
Fax _____

NOTE: A copy of this Answer should be mailed to the Clerk of the U.S. District Court, Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, IL, and the Attorney for Plaintiff or Judgment Creditor and to the Judgment Debtor





216 S. Jefferson Street
Suite 504
Chicago, IL 60661



CERTIFIED MAIL

7011 3500 0000 5872 9121

neopost
05/13/2016
US POSTAGE $06.46⁵

ZIP 60661
041L13808594

Chase Bank
10 S Dearborn Street
Chicago, IL 60603

