IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GOLDEN and BEAK & BUMPER, LLC,<br><br>    Judgment Creditors,<br><br>v.<br><br>JANG H. LIM doing business as Dental USA, Inc.,<br><br>    Defendant. | Civil Action No. 16-cv-2440 |

## MOVANTS' MOTION TO QUASH

Pursuant to Federal Rule of Civil Procedure 45, Movants, Bishop Diehl & Lee, LTD., Edward Bishop, and Nicholas Lee (collectively "BDL") hereby move the Court for an Order quashing the Citations to Discover Assets (attached hereto as Exhibits A, B, and C) served by Plaintiffs Richard Golden and Beak & Bumper, LLC (collectively "Golden").

The Citations to Discover Assets should be denied because to comply with the Citations would compel the Movants to not only breach the attorney-client privilege but also violate their ethical obligations under Illinois Rule of Professional Conduct 1.6(a), which provides in part that a lawyer "shall not reveal information relating to the representation of a client unless the client gives informed consent, the disclosure is impliedly authorized in order to carry out the representation, or the closure is permitted by paragraph (b) or required by paragraph (c)."

Additionally, even if the Court finds that the Citations to Discover Assets are proper and orders that the Movants must comply, the information requested necessitates the entering of a

protective order under Federal Rule of Civil Procedure 26(c), because the information requested in the Citations calls for non-public financial and proprietary information.

For the reasons set forth above, Movants respectfully request that this Court enter an order quashing the Citations to Discover Assets.

Dated: July 8, 2016                                    Respectfully submitted,

                                               s/Nicholas S. Lee/
                                               Edward L. Bishop
                                               ebishop@bishoppatents.com
                                               Nicholas S. Lee
                                               nlee@bishoppatents.com
                                               Bishop Diehl & Lee, LTD.
                                               1475 East Woodfield Road, Suite 800
                                               Schaumburg, IL 60173
                                               T: (847) 969-9123
                                               F: (847) 969-9124

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this date, July 8, 2016. Any other counsel of record will be served by electronic and/or first class mail.

                                               /s/Nicholas S. Lee
                                               Nicholas S. Lee