**IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD GOLDEN and BEAK & BUMPER, LLC, | |
| Judgment Creditors, | Civil Action No. <u>16-cv-2440</u> |
| v. | |
| JANG H. LIM doing business as Dental USA, Inc., | |
| Defendant. | |

## NOTICE OF MOTION

TO:    Kurt M. Carlson
        Autumn L. Sharp
        CARLSON DASH, LLC
        216 S. Jefferson St., Suite 504
        Chicago, Illinois 60661
        Telephone:  (312) 382-1600


        PLEASE TAKE NOTICE that on July 12, 2016, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Andrea R. Wood, or any judge sitting in his stead, in Room 1925, at 219 S. Dearborn St., Chicago, Illinois, and then and there present **MOVANT'S MOTION TO QUASH**, a copy of which is hereby served upon you.

Dated:  July 8, 2016                              Respectfully submitted,


                                                            s/Nicholas S. Lee/
                                                            Edward L. Bishop
                                                            ebishop@bishoppatents.com
                                                            Nicholas S. Lee
                                                            nlee@bishoppatents.com
                                                            Bishop Diehl & Lee, LTD.
                                                            1475 East Woodfield Road, Suite 800
                                                            Schaumburg, IL 60173
                                                            T: (847) 969-9123
                                                            F: (847) 969-9124

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this date, July 8, 2016.  Any other counsel of record will be served by electronic and/or first class mail.


/s/Nicholas S. Lee
Nicholas S. Lee