IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GOLDEN and <br> BEAK & BUMPER, LLC, <br>         Plaintiffs, <br> vs. <br> JANG H. LIM, doing business <br> as Dental USA, Inc., <br>         Defendant. | Case No. 1:16-cv-02440 <br><br> District Judge Andrea R. Wood <br><br> Magistrate Judge Maria Valdez |

## ORDER

This cause coming to be heard before the Honorable Judge Wood on Plaintiffs' Motion for Alternative Service of a Citation to Discover Assets against Jang H. Lim d/b/a Dental USA, Inc. (the "Judgment Debtor"), the Court being fully advised in the premises and having jurisdiction; IT IS HEREBY ORDERED:

1.    Plaintiffs' Motion for Alternative Service of a Citation Discover Assets against the Judgment Debtor is granted.

2.    Service of an alias Citation to Discover Assets shall be made upon the Judgment Debtor by:

    i)    sending a copy of an alias Citation to Discover Assets to the Judgment Debtor at 3011 Albert Drive, McHenry, IL via first class mail;

    ii)    sending a copy of an alias Citation to Discover Assets to the Judgment Debtor at 5005 McCollum Lake Road, McHenry, IL via first class mail;

    iii)    posting a copy of an alias Citation to Discover Assets to the Judgment Debtor at 3011 Albert Drive, McHenry, IL;

    iv)    posting a copy of an alias Citation to Discover Assets to the Judgment Debtor at 5005 McCollum Lake Road, McHenry, IL;

    v)    publication pursuant to 735 ICLS 5/2-206(a) in a newspaper published in McHenry County, IL, with such publication being made once a week for three successive weeks; and

2

vi) publication pursuant to 735 ICLS 5/2-206(a) in a newspaper published in Cook County, IL, with such publication being made once a week for three successive weeks.

Dated: October 24, 2016     ENTERED:

_____
Andrea R. Wood
United States District Judge