IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GOLDEN and<br>BEAK & BUMPER, LLC,<br>        Judgment Creditors,<br><br>vs.<br><br>JANG H. LIM, Doing business<br>as Dental USA, Inc.,<br>        Judgment Debtor,<br>And<br><br>POWER DENTAL U.S.A., INC.<br><br>        Third Party Respondent. | Case No. 1:16-cv-2440<br><br>District Judge: Honorable Andrea R. Wood<br><br>Magistrate Judge: Honorable Maria Valdez |

## MOTION FOR ENTRY OF CONDITIONAL JUDGMENT

Judgment Creditors Richard Golden and Beak & Bumper, LLC (the "Plaintiffs"), by their attorneys, pursuant to 28 USC § 3201 and 735 ILCS 5/2-1402 et seq. for their Motion for Entry of Conditional Judgment against Third Party Citation Respondent Power Dental U.S.A., Inc., states as follows:

1. On February 10, 2016, the United States District Court for the Eastern District of Michigan entered judgment in favor of Plaintiffs and against Defendant Jang H. Lim d/b/a Dental USA, Inc. ("Defendant") in the matter captioned Richard Golden, et al v Jang H. Lim d/b/a Dental USA, Inc., Case No. 2:15-cv-10795 (see "Judgment", a certified copy of which is attached hereto as **Exhibit A**). The Judgment granted Plaintiff's Omnibus Petition to Confirm and confirmed the arbitrator's May 8, 2015 Final Award to Plaintiffs in the amount of $1,264,745.59 (see Arbitrator's May 8, 2015 Final Award attached hereto as **Exhibit B**)

2. On February 19, 2016, Plaintiffs registered the Judgment in this District (see Doc #1).

1

3. Interest upon the Judgment continues to accrue from the judgment date pursuant to 28 USC §1961(a).

4. On August 1, 2016, a Citation (**Exhibit C**) was served upon Power Dental U.S.A., Inc. The Proof of Service in on file with this Court and is attached hereto as **Exhibit D.**

5. Power Dental U.S.A., Inc. has refused or neglected to produce or otherwise appear as required by the Citation.

6. Pursuant to 735 ILCS 5/2-1402 the Court may enter any order upon or judgment against the person cited that could be entered in any garnishment proceeding.

7. A Conditional Judgment (see proposed Order attached as **Exhibit E**) should be entered against Power Dental U.S.A., Inc. and a Summons to Confirm the Judgment against Power Dental U.S.A., Inc.

WHEREFORE, Richard Golden and Beak & Bumper, LLC respectfully request that this Court enter the Conditional Judgment against Power Dental U.S.A., Inc and issue a summons to confirm the conditional judgment against Power Dental U.S.A., Inc. in the amount of $1,264,745.59 and for such other and further relief as this Court deems just.

Respectfully submitted,

**RICHARD GOLDEN AND BEAK & BUMPER, LLC**

By: __/s/ Thomas L. Stroble_____

Dated: November 11, 2016

Thomas L. Stroble (P67836)
Hugh A. Woodrow (P56468)
Attorneys for Plaintiff
The Stroble Law Firm, P.C.
2525 Telegraph Road, Ste. 100
Bloomfield Hills, MI  48302
Telephone (248) 454-0800