# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GOLDEN and ) | |
| BEAK & BUMPER, LLC, ) | |
|     Judgment Creditors, ) | Case No. 1:16-cv-2440 |
| ) | |
| vs. ) | District Judge: Honorable Andrea R. Wood |
| ) | |
| JANG H. LIM, Doing business ) | Magistrate Judge: Honorable Maria Valdez |
| as Dental USA, Inc., ) | |
|     Judgment Debtor, )) | |
| And | |
| | |
| POWER DENTAL U.S.A., INC. | |
|     Third Party Respondent. | |

### ORDER FOR CONDITIONAL JUDGMENT

THIS CAUSE COMING to be heard before the Honorable Judge Wood on the return date of the Third-Party Citation issued and served on POWER DENTAL U.S.A., INC. failing to respond to the Citation, IT IS HEREBY ORDERED:

Conditional judgment is entered in favor of JANG H. LIM doing business as DENTAL USA and against POWER DENTAL U.S.A., INC. for $1,264,745.59 f/u/o RICHARD GOLDEN and BEAK & BUMPER, LLC.  Summons to confirm conditional judgment to issue instanter.

Enter:

_____
Judge
Dated:_____, 2016

Prepared by:
Thomas L. Stroble (P67836)
Attorneys for Plaintiff
The Stroble Law Firm, P.C.
2525 Telegraph Road, Ste. 100
Bloomfield Hills, MI  48302
Telephone (248) 454-0800