

**MIRAE LAW, LLC**
ATTORNEYS AT LAW
Main Office 1701 Golf Road, Suite 1-1106, Rolling Meadows, IL 60008
Chicago Downtown Office 55 West Wacker Drive, Suite 950, Chicago, IL 60601

November 22, 2016

Thomas L. Stroble
Stroble Law Firm,
P.C.
2525 Telegraph Road
Ste. 100
Bloomfield Hills, MI, 48302

Re: Citation Notice on Power Dental U.S.A., Inc.
Golden et al. v. Jang H. Lim,
No. 16 cv 2440

Dear Mr. Stroble:

As we informed Kurt M. Carlson on August 17, 2016, Power Dental U.S.A., Inc. has retained my firm, Mirae Law, LLC, to represent it in the matter of the citation notice issued upon it. (See enclosed letter.)

We must insist that you keep the formal entities separate, and desist in your efforts to conflate Jang H. Lim with the separate entity "Power Dental, U.S.A., Inc."

As Judge Wood ordered on November 3, 2016, Power Dental is a completely separate entity from Jang H. Lim. We represent Power Dental in this matter, and all communications you wish to have with Power Dental ***must*** be addressed solely to Mirae Law, LLC.

You are forbidden from contacting Jang H. Lim regarding Power Dental U.S.A., Inc., in an attempt to circumvent this legal distinction.

Should you have any questions regarding these matters, please contact the undersigned.

Very truly yours,

Amy Elizabeth Paluch Epton

AEPE/jz
Enclosure



MIRAE LAW, LLC
ATTORNEYS AT LAW
Main Office 1701 Golf Road, Suite 1-1106, Rolling Meadows, IL 60008
Chicago Downtown Office 55 West Wacker Drive, Suite 950, Chicago, IL 60601

Kurt M. Carlson
Carlson Dash, LLC
216 S. Jefferson St., Suite 504
Chicago IL, 60661

August 17, 2016

Re: Citation Notice on Power Dental U.S.A., Inc.
Golden et al. v. Jang H. Lim,
No. 16 cv 2440

Dear Mr. Carlson:

Power Dental U.S.A., Inc. has retained my firm, Mirae Law, LLC, to represent it in the matter of the citation notice issued upon it with a return date of August 17, 2016.

As Power Dental has only very recently retained us, we require additional time beyond the August 17, 2016 return date so that we may properly review this matter and advise our client as to its obligations under the Citation Notice.

Please confirm that you have granted us an additional two weeks, or until August 31, 2016, to comply with the citation notice.

Thank you in advance for your understanding as to this matter.

Very truly yours,

Amy Elizabeth Paluch Epton

AEPE/jz