IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GOLDEN and<br>BEAK & BUMPER, LLC,<br>      Judgment Creditors,<br><br>vs.<br><br>JANG H. LIM, Doing business<br>as Dental USA, Inc.,<br>      Judgment Debtor,<br>And<br><br>POWER DENTAL U.S.A., INC.<br>      Third Party Respondent. | Case No. 1:16-cv-2440<br><br>District Judge: Honorable Andrea R. Wood<br><br>Magistrate Judge: Honorable Maria Valdez |

## SUMMONS TO CONFIRM CONDITIONAL JUDGMENT

To: **POWER DENTAL U.S.A., INC.**
      **c/o Kang Lim, Registered Agent**
      **3587 Edgewood Lane**
      **Carpentersville, IL 60110**

    YOU ARE SUMMONED and required to file your appearance in this case in the office of the clerk of this court 219 S. Dearborn Street, Chicago, IL 60604 on or before 12/30/2016, 2016 and show cause why the conditional judgment for $1,264,745.59 entered against you on 12/01/2016, should not be made final. IF YOU FAIL TO DO SO, THE CONDITIONAL MAY BE CONFIRMED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

Enter: _/s/ signature/_, Deputy Clerk
      Clerk of the Court
Dated: December - 01, 2016

Prepared by:
Thomas L. Stroble (P67836)
Attorneys for Plaintiff
The Stroble Law Firm, P.C.
2525 Telegraph Road, Ste. 100
Bloomfield Hills, MI 48302
Telephone (248) 454-0800

## CERTIFICATE OF SERVICE

      I, Thomas L. Stroble, hereby certify that on December 9, 2016, I electronically filed the foregoing SUMMONS TO CONFIRM CONDITIONAL JUDGMENT and this Certificate of Service with the Honorable Andrea R. Wood and the Clerk of the United States District Court for the Northern District of Illinois by using the CM/EFC system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF electronic notification system.

                                                */s/ Thomas L. Stroble*