IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD GOLDEN and BEAK & BUMPER, LLC., | ) ) | |
| Judgement Creditors, | ) | Case No. 1:16-cv-2440 |
| vs. | ) | |
| JANG H. LIM, Doing business as Dental USA, Inc., | ) ) | District Judge: Honorable Andrea R. Wood |
| Judgement Debtor, | ) | Magistrate Judge: Honorable Maria Valdez |
| And POWER DENTAL U.S.A., INC. | ) ) | |
| Third Party Respondent | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on April 6, 2017, at 9:00 a.m. POWER DENTAL U.S.A., INC., Third Party Respondent, by and through their attorney Amy Elizabeth Paluch Epton will present a motion for an extension of time to Respond to the Creditor's' Motion 133 before the Honorable Andrea Wood, in Court room 1925 of the U.S, District Court for the Norther District of Illinois, Eastern Division, located at 219 S. Dearborn St., Chicago Illinois, a copy of which is attached hereto, and hereby served on all parties

By:

/s/ Amy E. Paluch Epton
One of the Third Party Respondent's Attorneys

Amy Elizabeth Paluch-Epton, Esq.
MIRAE LAW, LLC.
1701 GOLF ROAD, SUITE 1-1106
Rolling Meadow, IL 60008
(847) 297-4224
amy@epton.org

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 3, 2017, she caused the attached Motion to be served upon:

Thomas L. Stroble,
Hugh A. Woodrow
Stroble Law Firm, P.C.
2525 Telegraph Road, Ste. 100,
Bloomfield Hills, MI 48302
(248) 454-0800

James B. Zaczek
Law Offices of James B. Zaczek
311 N. Aberdeen
Suite 300-B
Chicago, IL 60607
(312) 527-1090

Byung Hui Whang
B H Whang & Associates Ltd
1100 Hicks Road
Rolling Meadows, IL 60008

by transmitting a copy via e-mail in accordance with FRCP 5(b)(2)(E).

                                          /s/ Amy E. Paluch Epton
                                          One of the Third Party Respondents' Attorneys

Amy Elizabeth Paluch-Epton, Esq.
MIRAE LAW, LLC.
1701 GOLF ROAD, SUITE 1-1106
Rolling Meadow, IL 60008
(847) 297-4224
amy@epton.org