**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Richard Golden, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 16-cv-2440 |
| | ) | |
| Jang Lim, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Jang Lim's Supplemental Authority Regarding Reverse Piercing**

Jang Lim ("Jang"), by his attorneys, Bert Zaczek and Amy Pikarsky, states for his Supplemental Authority Regarding Reverse Piercing:

*Gierum v. Glick*, 568 B.R. 634, *51-*57 (Bankr. N.D. Ill. 2017).

Respectfully submitted,

Jang Lim

/s/Bert Zaczek

Bert Zaczek
Amy Pikarsky
311 N. Aberdeen, Suite 200-D
Chicago, Illinois 60607
T: 312-527-1090
Attorney I.D. 6217079
Attorney I.D. 6290464