**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD GOLDEN, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>Jang H. Kim,<br><br>    Defendant. | Case No. 16-cv-02440<br><br>The Honorable Andrea R. Wood<br>Presiding Judge |

### DENNIS F. ESFORD'S MOTION TO WITHDRAW AS COUNSEL

Attorney Dennis F. Esford, one the attorneys for Respondent Power Dental USA, Inc., as and for his motion to withdraw as a counsel of record in the above-entitled cause, states as follows:

1.    On April 5, 2017, I filed my appearance on behalf of Power Dental USA, Inc. in the above-entitled cause. (ECF 155)

2.    I am no longer engaged to represent Power Dental USA, Inc.

3.    On December 2, 2016, Amy Paluch-Epton, a member of the trial bar in this district, and Jane H. Park, a member of the general bar in this district, filed their respective appearances on behalf of Power Dental USA, Inc. (ECF 118, 119)

4.    Ms. Paluch-Epton and Ms. Park will remain counsels of record for Respondent Power Dental USA, Inc. if the requested relief is granted.

5.    Accordingly, Mr. Esford seeks leave to withdraw as a counsel of record in the above-entitled cause.

**WHEREFORE**, attorney Dennis F. Esford respectfully request that this Court enter an Order granting leave for him to withdraw as counsel in the above-entitled cause.

Dated: September 26, 2017

Respectfully submitted,
**POWER DENTAL, INC.**

By: */s/ Dennis F. Esford*
One of Its Attorneys

**WINDY CITY TRIAL GROUP, INC.**
Dennis F. Esford, IL ARDC #6281760
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
P: 312-405-7725
E: denny@windycitytrialgroup.com