## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Richard Golden, et al.
                                    Plaintiff,

v.                                              Case No.: 1:16–cv–02440
                                                Honorable Andrea R. Wood

Jang H. Lim
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2017:

    MINUTE entry before the Honorable Andrea R. Wood: Motion by counsel to withdraw as attorney [182] is granted. Attorney Dennis F. Esford is withdrawn as counsel. The motion presentment date of 10/4/2017 is stricken. Parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.