## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Richard Golden, et al.
                        Plaintiff,

v.                                                  Case No.: 1:16−cv−02440
                                                  Honorable Andrea R. Wood

Jang H. Lim
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: By request and agreement of the parties, the Status hearing set for 11/22/2017 is stricken and reset for 11/30/2017 at 09:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.